## DONALD J. YANNELLA
### ATTORNEY AT LAW

**8 Dey Street, Suite 803**             tel: 212-226-2883
**New York, New York 10007**             fax: 212-226-2861

---

January 21, 2009

Honorable Faith S. Hochberg
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07101

                Re: Lighty v. City of Newark, et al.
                <u>06-CV-5977 (FSH)</u>

Dear Judge Hochberg:

      I am plaintiff's local counsel on the above matter. I am pleased to inform the Court that the parties have settled the above matter. The settlement is for $60,000. The parties will be forwarding the settlement papers to Your Honor shortly.

      I want to thank both you and Judge Shwartz for your assistance.

                Respectfully,

                /s/

                Donald J. Yannella